JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIDI COHEN ENTERPRISES et al., <br><br> Plaintiffs, <br><br> v. <br><br> QBE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-06869-SB-MAA <br><br> ADMONISHMENT AND ORDER OF DISMISSAL |

On December 16, 2024, the mediator filed a report stating that the case had been completely settled at a mediation on November 21, 2024. Dkt. No. 34. The parties have not filed a notice of settlement, in violation of the Court's standing order. Dkt. No. 10 at 3 (requiring counsel to "advise the Court immediately" if a case has been resolved and warning that "[f]ailure to provide timely notice of settlement may result in sanctions"). Counsel are admonished to pay closer attention to this rule in the future. However, it appears that counsel relied on the mediator's report and that the case has in fact been fully resolved.[1]

Accordingly, this action is dismissed in its entirety without prejudice. For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 31st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 30 days as ordered above. *Should*

---

[1] If the parties have not resolved the case, they shall notify the Court no later than January 31, 2025, and the Court will vacate this order of dismissal.

*the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: January 23, 2025

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge