JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GIDI COHEN ENTERPRISES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QBE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:24-cv-06869-SB-MAA <br><br> ORDER OF DISMISSAL |

Pursuant to the parties' joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice.

Date: January 29, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge